```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
          -against-               :     **22 CR 079 (VM)**
                                  :          <u>ORDER</u>
RANDALL HARVEY,                   :
                                  :
                    Defendant.    :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that an initial conference in this matter shall be scheduled for Thursday, March 10, 2022 at 10:30 AM. The conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
          18 February 2022

_____
Victor Marrero
U.S.D.J.