USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

RANDALL HARVEY,

               Defendant.
------------------------------------------------X

22 CR 079(VM)

ORDER

It is hereby ordered that attorney Jeffrey Pittell be appointed as C.J.A. counsel for the above-named defendant, nunc pro tunc as of February 16, 2022.

Dated: New York, New York
       09 March 2022

_____
Victor Marrero
U.S.D.J.