**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------X
UNITED STATES OF AMERICA,       :
                                    :
                                    :       **22 CV 079(VM)**
        -against-         :       **ORDER**
                                    :
RANDALL HARVEY,              :
                                    :
                  Defendant.  :
-------------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The parties request a 90-day adjournment of the conference presently scheduled for June 30, 2022. (See Dkt. No. 13.) It is hereby ordered that the conference scheduled for June 30, 2022 in this matter shall be adjourned until September 30, 2022 at 10:00 AM.

    The Government requests, with the consent of defense counsel, an exclusion of time from the Speedy Trial Act until September 30, 2022. (See id.)

    It is hereby ordered that time until September 30, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

  Dated:   New York, New York
          24 June 2022

                                          Victor Marrero
                                        U.S.D.J.