```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

RANDALL HARVEY,

              Defendant.

**22 CR 0079 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of Defense Counsel's November 21, 2022, request to withdraw as counsel and for the appointment of new counsel for Defendant Randall Harvey. The Court hereby schedules a conference on this matter for Friday, December 16, 2022 at 9:30 AM.

**SO ORDERED.**

Dated:    29 November 2022
             New York, New York

_____
Victor Marrero
U.S.D.J.