USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           - against -

RANDALL HARVEY

                   Defendant.

**22 CR 0079 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The Status Conference scheduled in this action for December 16, 2022 at 9:30 AM is hereby adjourned sine die.

**SO ORDERED.**

Dated:    15 December 2022
             New York, New York

_____
Victor Marrero
U.S.D.J.