USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

    - against -

RANDALL HARVEY,

                    Defendant.

**22 Cr. 0079 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules a change of counsel conference in this matter for January 13, 2023 at 10:00 AM.

**SO ORDERED.**

Dated:    19 December 2022
          New York, New York

_____
Victor Marrero
U.S.D.J.