```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

RANDALL HARVEY,

                Defendant.

22 CR 0079 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    It is hereby ordered that Jeffrey Pittell, the attorney representing the above-captioned defendant, is substituted, and the representation of the defendant is assigned to C.J.A. attorney Gráinne E. O'Neill.

**SO ORDERED.**

Dated:    13 January 2023
            New York, New York

                                          Victor Marrero
                                          U.S.D.J.