**O'NEILL / HASSEN**                                                                 Attorneys at Law

March 10, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/23
```

<u>VIA ECF and Email</u>
Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

       RE: *United States v. Randall Harvey,* 22 Cr. 79 (VM)

Dear Judge Marrero:

    I represent Randall Harvey, in the above-captioned-matter. I am writing to request that the Court adjourn the conference, currently scheduled for March 17, 2023, at 1:00 PM. The parties are engaged in discussion and the defense is continuing to investigate and review the voluminous discovery. The government consents to this adjournment request, and the defense consents to the exclusion of time pursuant to the Speedy Trial Act. I ask that the conference be adjourned for sixty days.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Randall Harvey*

---

Request **GRANTED**. The Court hereby adjourns the status conference scheduled for March 17, 2023 at 1:30 PM until June 9, 2023 at 1:00 PM. It is also hereby **ORDERED** that time until June 9, 2023 shall be excluded from speedy trial calculations. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**
13 March, 2023   Victor Marrero, U.S.D.J.

---

**1 /** P (646) 808-0997      **4 /** www.oandh.net
**2 /** F (212) 203-1858      **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217
**3 /** grainne@oandh.net     **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA