# O'NEILL / HASSEN

Attorneys at Law

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/8/23
```

June 7, 2023

<u>VIA ECF and Email</u>
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Randall Harvey,* 22Cr 79 (VM)

Dear Judge Marrero:

      I am writing to request that the status conference currently scheduled for June 9, 2023, be adjourned for approximately 60 days. This adjournment request is necessary for the parties to engage in plea negotiations and for the defense to continue to review the discovery. The government consents to this request for an adjournment and the defense consents to the exclusion of time pursuant to the Speedy Trial Act. I thank the Court for its attention to this matter.

```
REQUEST GRANTED. The Court hereby
adjourns the status conference
scheduled for Friday, June 9, 2023, at
1:00 PM to Friday, September 1, 2023,
at 1:00 PM. It is also hereby ORDERED
that time until September 1, 2023 shall
be excluded from speedy trial
calculations. This order of exclusion
of time is made pursuant to 18 U.S.C.
§§ 3161(h)(7)(B)(i) & (iv).

SO ORDERED.
Dated: 8 June, 2023
```
Victor Marrero
U.S.D.J.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Randall Harvey*