```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

  - against -

RANDALL HARVEY,

                Defendant.

**22 CR 0079 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

  The Status Conference scheduled in this action for September 1, 2023 at 1:00 PM is hereby adjourned until December 1, 2023 at 1:30 PM. All parties to this action consent to an exclusion of time from the Speedy Trial Act until December 1, 2023.

  It is hereby ordered that time until December 1, 2023 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:     22 August 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.