

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 30, 2023

**BY E-MAIL**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/23
```

Re:   *United States v. Randall Harvey*, 22 Cr. 079

Dear Judge Marrero:

I write jointly with defense counsel to request an adjournment of approximately 40 days, until the week of January 8, 2024, of the conference presently scheduled for December 1, 2023 in the above-captioned case. All Rule 16 discovery in this matter has been produced, and the parties remain involved in discussions regarding a potential pre-trial resolution of the case. The requested adjournment would give the parties the time needed to conclude those discussions. The parties expect that the next conference would either be converted into a change of plea proceeding, or the parties would ask for a trial date.

The Government also requests that the time between today and the rescheduled conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will provide the parties with time needed to discuss a potential pretrial resolution of the case. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ M. Lynaugh
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448

```
Request GRANTED. The December 1, 2023 status conference in this case is hereby adjourned to January 12, 2024, at 3 p.m. Time until January 12, 2024, shall be excluded from speedy trial calculations. This order of exclusion is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

SO ORDERED.                  Victor Marrero
Date: 11/30/23                   U.S.D.J.
```