```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/22/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -

RANDALL HARVEY,

                  Defendant.

22-cr-0079

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court hereby advances the status conference currently scheduled for January 25, 2024, at 10:30 a.m. to January 24, 2024, at 11:30 a.m.

**SO ORDERED.**

Dated:    January 22, 2024
           New York, New York

                                              _____
                                              Victor Marrero
                                                U.S.D.J.