```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

RANDALL HARVEY,

                Defendant.

22-cr-0079 (VM)

ORDER

**VICTOR MARRERO**, United States District Judge.

    A jury trial is set to begin in this case on May 20, 2024. The Court hereby schedules the final pre-trial conference for 10:00 a.m. on May 3, 2024, and notes that the parties' Joint Pretrial Order and related pre-trial materials are due no later than April 20, 2024, pursuant to Attachment 1 of the Court's Individual Rules.

    The Court directs the parties to confer and, within five (5) days of the date of this Order, provide a joint status update concerning the parties' readiness for trial as scheduled. If the parties intend to go forward with the jury trial as scheduled, their status update shall also propose a suitable briefing schedule for motions *in limine*.

**SO ORDERED.**

Dated:    April 12, 2024
              New York, New York

                                              _____
                                              Victor Marrero
                                                 U.S.D.J.