

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 16, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/24
```

**BY E-MAIL**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Randall Harvey*, 22 Cr. 079

Dear Judge Marrero:

    The parties write in response to the Court's April 12, 2024 order. The defendant in above-captioned case is scheduled for a change of plea proceeding this Thursday, April 18, 2024 in magistrate court. The parties will update the Court immediately after that proceeding.

    Because the parties do not anticipate at this time that the trial scheduled for May 20, 2024 will proceed, the parties respectfully request that the deadline for filing the pre-trial materials described in the Court's April 12, 2024 order be extended three days, until Tuesday, April 23, 2024. Should an issue arise at Thursday's scheduled change of plea proceeding, that extension will give the parties the time to prepare the necessary filings.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _/s/ Maggie Lynaugh_
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448

---

Request **GRANTED**.
The above-referenced pre-trial submissions shall be due no later than April 23, 2024.

**SO ORDERED.**
4/17/24
DATE — VICTOR MARRERO, U.S.D.J.