

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 19, 2024

**BY E-MAIL**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/22/24
```

Re:   *United States v. Randall Harvey*, 22 Cr. 079

Dear Judge Marrero:

The parties write to inform the Court that the defendant entered a plea of guilty in this matter yesterday before Magistrate Judge Katharine H. Parker. The Government has requested the transcript for the plea proceeding and will submit a request to Your Honor to accept the plea as soon as the transcript is ready. In the meantime, the parties respectfully request that the May 20, 2024, trial date be vacated, along with all pre-trial deadlines.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Maggie Lynaugh
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448

---

Request **GRANTED**. The jury trial scheduled for May 20, 2024, and the final pretrial conference scheduled for May 3, 2024, are hereby adjourned *sine die*. All pretrial deadlines are hereby vacated.

**SO ORDERED.**
Dated: April 22, 2024

/s/ Victor Marrero
U.S.D.J.