

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 1, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2024
```

**BY E-MAIL**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Randall Harvey*, 22 Cr. 079

Dear Judge Marrero:

  The parties write to request an adjournment of the sentencing date in the above-captioned case. Sentencing is presently set for October 11, 2024 at 2:00 p.m., but that is the same date that the parties' objections to the initial pre-sentence report are due. (*See* Dkt. 54.) Accordingly, the pre-sentence report will not have issued by that date. Therefore, in order to allow Probation to issue the final pre-sentence report and the parties to prepare sentencing submissions, the parties respectfully request that sentencing be set for a date in the second half of November.

         Respectfully submitted,

         DAMIAN WILLIAMS
         United States Attorney for the
         Southern District of New York

        By: _____
         Maggie Lynaugh
         Assistant United States Attorney
         (212) 637-2448

---

Request **GRANTED**. The proceeding referenced herein is hereby adjourned to November 22, 2024, at 3:00 p.m.

**SO ORDERED.**
Dated: October 2, 2024

         _____
         Victor Marrero
         U.S.D.J.