# O'NEILL / HASSEN

Attorneys at Law

December 4, 2024

VIA ECF and Email
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2024
```

RE: *United States v. Randall Harvey,* 22 Cr 79 (VM)

Dear Judge Marrero:

    I am writing to request that the Court adjourn the sentencing scheduled for December 20, 2024. The government consents to this request for an adjournment. I respectfully ask that the Court adjourn the sentencing for anytime after January 6, 2025.

    I am still waiting on some expert reports that are necessary to aid the Court in fashioning the appropriate sentence.

    I thank the Court for its attention to this matter. The government has no objection to this request, it would prefer that if the sentencing be adjourned it be adjourned to a date after January 6, 2025

Respectfully submitted,

/s/

Grainne E. O'Neill

```
Request GRANTED. The Court hereby
adjourns the sentencing scheduled
for December 20, 2024, until
January 17, 2025, at 2:00 pm.

SO ORDERED.   [signature]
              Victor Marrero
                 U.S.D.J.
Dated: December 5, 2024
```

1 / P (646) 808-0997      4 / www.oandh.net
2 / F (212) 203-1858      5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net     6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA